EARL M. LONGSHORE, Respondent, *v.* ALBANY GARAGE COMPANY et al., Appellants, Impleaded with Others.

Argued April 22, 1938; decided May 24, 1938.

*Joseph J. Casey, Corporation Counsel,* for City of Albany, appellant.

*John J. Conners, Jr.,* and *Merton D. Meeker* for Albany Garage Company, appellant.

*Michael D. Reilly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

ANNA E. BELFANC, Appellant, *v.* AUGUSTUS BELFANC, Respondent.

Argued April 22, 1938; decided May 24, 1938.